CATHERINE L. SANDUS, Plaintiff-Appellant, *v.* MIDLANE COUNTRY CLUB, INC., Defendant-Appellee.

(No. 72-112;

Second District—September 17, 1973.

Opinion by Mr. JUSTICE THOMAS J. MORAN.

Hall, Meyer, Fisher, Holmberg, Snook & May, of Waukegan, for appellant.

Diver, Ridge, Brydges & Bollman, of Waukegan, for appellee.